# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DREW TECHNOLOGIES, INC.,

    Plaintiff,

v.                                                   Case No. 11-15068

ROBERT BOSCH, L.L.C.,

    Defendant.
                                                /

## ORDER SETTING TELEPHONE CONFERENCE

On May 9, 2012, the court held a telephone conference with counsel for the parties. During the conference, counsel and the court discussed the best way to proceed in this case and the related patent-infringement suit, *Robert Bosch LLC v. Snap-On Inc.*, Case Number 12-11503. In accordance with counsel's representations during this conversation, the court expects that, in the coming days, counsel will reach an agreement to amend the pleadings in the patent-infringement suit, thereby allowing the parties to pursue their competing causes of action solely in that case.[1] Additionally, the court anticipates that counsel will prepare a proposed discovery plan and trial schedule that will conform to the court's practice guidelines for patent cases. Accordingly,

IT IS ORDERED that counsel for the parties shall participate in a telephone conference on **May 23, 2012, at 10:00 a.m.** The court will place the telephone call.

---

[1] Once the pleadings are finalized, and following the upcoming telephone conference, the court anticipates denying as moot the pending motion to reopen this action.

Counsel should be prepared to discuss a proposed scheduling order and possible protective order.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: May 11, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 11, 2012, by electronic and/or ordinary mail.

        s/Lisa G. Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522